UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 10 2002

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

PAUL WEYRICH, )
)
Plaintiff, )
)
v. ) Civil Action No. 99-1213 (TPJ)
)
THE NEW REPUBLIC, INC., et al., )
)
Defendants. )

## ORDER

It appearing to the Court that, despite numerous extensions of time to respond to defendants' discovery requests, plaintiff has altogether failed to do so, timely or otherwise, and has indicated an intention to abandon the case if settlement overtures are not accepted. Defendants have opposed any further extensions of time, have shown no interest in settlement on any terms, and have moved to compel discovery.

It is, therefore, this 10th day of December, 2002,

ORDERED, that defendants' motion to compel discovery is granted; and it is

FURTHER ORDERED, that plaintiff respond fully and completely to all of defendants' outstanding discovery requests on or before January 10, 2003, failing which this action will be dismissed with prejudice.

SO ORDERED.

Thomas Penfield Jackson
U.S. District Judge

